UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DETROIT CARPENTERS FRINGE
BENEFIT FUNDS,

       Plaintiff,

v.

ERICKSON & LINDSTROM
CONSTRUCTION CO., et al.,

       Defendants.

Case No. 18-cv-10180
Hon. Matthew F. Leitman

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff,

this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 10, 2019

I hereby certify that a copy of the foregoing document was served upon the
parties and/or counsel of record on April 10, 2019, by electronic means and/or
ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764